**Appeals Dismissed and Memorandum Opinion filed July 21, 2015.**



In The

# Fourteenth Court of Appeals

NO. 14-15-00485-CR
NO. 14-15-00486-CR
NO. 14-15-00487-CR

**MARCUS JERARD SCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1391909, 1391910, 1430709**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to three counts of failure to stop and render aid. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for 25 years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeals.

The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea bargain cases, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.


PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b)